The summary judgment in favor of the insurer, Alabama Farm Bureau Mutual Casualty Insurance Company, Inc., and its agent, J.D. Smith, and against the plaintiffs, Roxanne Smith and Dewey W. Smith, as tenants of the insured, Shirley J. Routh, is hereby affirmed on the authority of Armstrong v. Aetna Ins.Co., 448 So.2d 353 (Ala. 1983). See, also, Ranger Ins. Co. v.Hartford Steam Boiler Inspection Ins. Co., 410 So.2d 40 (Ala. 1982). *Page 1025 
As to the cross-appeal, we hold that the trial court did not abuse its discretion in denying the defendants' motions for sanctions and for attorney fees pursuant Ala. Code 1975, §§12-19-270 et seq. Therefore, that portion of the judgment challenged by the cross-appeal is affirmed.
AFFIRMED AS TO THE APPEAL; AFFIRMED AS TO THE CROSS-APPEAL.
HORNSBY, C.J., and JONES, ALMON, SHORES, ADAMS, HOUSTON, STEAGALL and KENNEDY, JJ., concur.